IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIU YING WONG WOO and KENNEDY YUEH KIONG WOO WONG,<br><br>           Plaintiffs,<br><br>     v.<br><br>MICHAEL O. LEAVITT, Secretary, US Department of Health and Human Services; KENNETH P. MORITSUGU, Rear Admiral, Acting Surgeon General; KRISTIE KENNEY, Ambassador, United States to Republic of the Philippines; JULIE LOUISE GERBERDING, Director, Center for Disease Control; CONDOLEEZZA RICE, Secretary, US Department of State,<br><br>           Defendants. | 2:07-cv-02019-GEB-GGH<br><br><u>STATUS (PRETRIAL SCHEDULING) ORDER</u> |

     The parties' proposed briefing schedule in the Joint Status Report filed March 13, 2008, is adopted as follows:

     (1)   The motion to dismiss for lack of subject matter jurisdiction shall be filed by April 30, 2008;

     (2)   Plaintiffs' opposition to the dismissal motion by May 30, 2008;

     (3)   Defendant's reply, if any, by May 7, 2008; and

     (4)   the hearing is May 19, 2008, at 9:00 a.m.

1

1  The Status (Pretrial Scheduling) Conference set for March
2  31, 2008, is continued to July 21, 2008, at 9:00 a.m.  A joint status
3  report shall be filed no later than 14 days prior to the Status
4  Conference.
5  IT IS SO ORDERED.
6  Dated:  March 24, 2008

8  _____
   GARLAND E. BURRELL, JR.
9  United States District Judge